No. 04A930. NIZNIK *v.* STORE-TO-DOOR, CORP., ET AL. C. A. 2d Cir. Application for temporary restraining order, addressed to JUSTICE BREYER and referred to the Court, denied.

No. 03–10198. HALBERT *v.* MICHIGAN. Ct. App. Mich. [Certiorari granted, 543 U. S. 1042.] Motion of petitioner for leave to file supplemental brief after argument denied.

No. 04–848. DOLAN *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 3d Cir. [Certiorari granted, 544 U. S. 998.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 04–9020. YOWEL, AKA ROBINSON *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [544 U. S. 1016] denied.

No. 04–9737. ROGERS *v.* HUNTLEY PROJECT SCHOOL DISTRICT #24. Sup. Ct. Mont. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 5, 2005, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 04–10181. IN RE SERAFIN;
No. 04–10182. IN RE SLOAN; and
No. 04–10251. IN RE GREENHILL. Petitions for writs of habeas corpus denied.

No. 04–9119. IN RE CANNON;
No. 04–9621. IN RE AL-HAKIM; and
No. 04–9652. IN RE BELL. Petitions for writs of mandamus denied.

No. 04–1186. WACHOVIA BANK, NATIONAL ASSN. *v.* SCHMIDT ET AL. C. A. 4th Cir. Certiorari granted. JUSTICE THOMAS took no part in the consideration or decision of this petition.